AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RONALD WILSON,

        Plaintiff,

              v.

SUNTRUST BANK, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 220-020

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered April 9, 2021, the Court grants Defendant's Motion for Summary Judgment, enters judgment in favor of Defendant, and closes this case.

Approved by: _____
        HON. LISA GODBEY WOOD, JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA

4/9/2021 _____
Date

John E. Triplett, Acting Clerk
Clerk

_Morgan A. Akins_
(By) Deputy Clerk

GAS Rev 10/2020